IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**RODNEY ANDREWS**                                                                            **PLAINTIFF**

**VERSUS**                                        **CIVIL ACTION NO. 3:05cv597HTW-JCS**

**HINDS COUNTY DETENTION FACILITY**                      **DEFENDANT**

## FINAL JUDGMENT

This cause is before the court, <u>sua sponte</u>, for consideration of dismissal. Pursuant to the opinion and order issued this day, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed without prejudice.

SO ORDERED AND ADJUDGED, this the 23rd day of May, 2006.

                             s/ HENRY T. WINGATE

                             CHIEF UNITED STATES DISTRICT JUDGE